Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Trevor W. Barrett (SBN 287174)
tbarrett@donigerlawfirm.com
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KLAUBER BROTHERS, INC., <br><br> Plaintiff <br><br> vs. <br><br> JC PENNEY COMPANY, INC., *et al.*, <br><br> Defendants. | Case No.: CV15-0621−DMG−JC <br> *Honorable Dolly M. Gee Presiding* <br><br> **STIPULATION TO DISMISS REMAINDER OF ACTION PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(ii)** |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff on the one hand, and Defendants on the other, hereby STIPULATE as follows:

1. The remainder of action is hereby dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii);
2. This dismissal is subject to and predicated upon the settlement agreements that gave rise to this dismissal;
3. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action; and
4. The Court will retain jurisdiction to enforce the terms of the settlement agreement entered into in this matter.

SO STIPULATED.

Dated: July 9, 2015   By: /s/ *Scott A. Burroughs*
Scott A. Burroughs, Esq.
Trevor W. Barrett, Esq.
DONIGER / BURROUGHS
Attorneys for Plaintiff
Klauber Brothers, Inc.

Dated: July 9, 2015   By: /s/ *Robert F. Helfing*
Robert F. Helfing, Esq.
SEDGWICK, LLP
Attorneys for Defendant International Intimates, Inc.